1

2

3

4

5

6

7

8

9           UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   MILO LEWIS,                                        No.  2:14-cv-2506-GEB-EFB PS

13                        Plaintiff,

14          v.                                          FINDINGS AND RECOMMENDATIONS

15   CALIFORNIA BUREAU OF REAL
     ESTATE, et al.,
16
                          Defendants.
17

18

19          On December 8, 2015, the court dismissed plaintiff's complaint with leave to amend.[1]

20   The order explained the complaint's deficiencies, gave plaintiff thirty days to file an amended

21   complaint correcting those deficiencies, and warned plaintiff that failure to file an amended

22   complaint would result in a recommendation that this action be dismissed.  ECF No. 3.

23          The deadline has passed and plaintiff has not filed an amended complaint or otherwise

24   responded to the order.

25   /////

26   /////

27
            [1] This action, in which plaintiff are proceeding in propria persona, was referred to the
28   undersigned under Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the

2  Clerk be directed to close this case.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, plaintiff may file written

6  objections with the court.  Such a document should be captioned "Objections to Magistrate

7  Judge's Findings and Recommendations."  Failure to file objections within the specified time

8  may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455

9  (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  January 15, 2016.

11  _____
    EDMUND F. BRENNAN
12    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2